December 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

NICHOLAS WHITE, MARK MOERSEN, TAURUS MANUFACTURING CO., AND OPTIMAS MANUFACTURING SOLUTIONS, INC., Appellants

NO. 14-13-00028-CV                    V.

ZHOU PEI AND SHAUN WHITE, Appellees

_____

ZHOU PEI, SHAUN WHITE, MEL SMITH, AND JAMES CORBETT, Cross-Appellants

NO. 14-13-00501-CV                    V.

NICHOLAS WHITE, MARK MOERSEN, TAURUS MANUFACTURING CO., AND OPTIMAS MANUFACTURING SOLUTIONS, INC., Cross-Appellees

_____

These causes, cross-appeals from the trial court's judgment signed May 14, 2013, were heard on the transcript of the record. We have inspected the record and find error. We therefore order that the portions of the judgment favoring Shaun White on his breach of fiduciary duty cause of action and assessing sanctions against Shaun White and Zhou Pei are **REVERSED**, and we **RENDER** judgment that Shaun White take nothing on his breach of fiduciary duty claim. We further find no error in the remainder of the trial court's judgment and order it **AFFIRMED**.

We order appellants Nicholas White and Mark Moersen, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.